IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-00892-LTB-RTG

DEREK SKELLCHOCK, *pro se*, and
VETERAN HOPE.org,

    Plaintiffs,

v.

JUDGE LAURIE KAUZIE DEAN,
JUDGE SUSAN BLANCO,
MAGISTRATE KANDACE MAJOROS,
JUDGE JUAN G. VILLASENOR,
MAGISTRATE JOLSTAD, and
THE STATE OF COLORADO,

    Defendants.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on September 30, 2024, it is hereby

    ORDERED that Judgment is entered in favor of the Defendants and against Plaintiffs.

    DATED at Denver, Colorado, this 30 day of September, 2024.

                                        FOR THE COURT,

                                        JEFFREY P. COLWELL, Clerk

                                        By: s/ A. Garcia Garcia
                                             Deputy Clerk